# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELODY DEPACE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIANACARE HEALTH SYSTEM,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01598-MN |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant ChristianaCare Health System, by and through its attorneys, hereby submits the following Corporate Disclosure Statement:

1)　　Identify any parent corporation:

　　　None.

2)　　Identify any publicly held company that owns 10% or more of the party's stock:

　　　None.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:　March 27, 2023　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jody C. Barillare*
　　Emily Cuneo DeSmedt　　　　　　　　　　Jody C. Barillare (#5107)
　　(*pro hac vice to be submitted*)　　　　　　1201 N. Market Street, Suite 2201
　　Morgan, Lewis & Bockius LLP　　　　　　Wilmington, DE 19801
　　502 Carnegie Center　　　　　　　　　　　Phone:  302-574-7294
　　Princeton, NJ 08540-6289　　　　　　　　Fax:  302-574-3001
　　Phone:  609-919-6673　　　　　　　　　　jody.barillare@morganlewis.com
　　Fax:  609-919-6701
　　emily.desmedt@morganlewis.com　　　　*Attorneys for Defendant*