# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MELODY DEPACE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-1598** |
| | : | |
| **CHRISTIANA CARE HEALTH SYSTEM** | : | |
| | : | |

# ORDER

**AND NOW**, this 29th day of January 2024, upon considering the parties' Stipulation of Dismissal (D.I. 17), and for good cause, it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. The Clerk of Court shall **close** this case.

**KEARNEY, J.**